IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| AMANDA ENSING,<br><br>Plaintiff,<br><br>v.<br><br>SEPHORA USA, INC., DEBORAH YEH, and DOES 1-1000, inclusive,<br><br>Defendants. | Case No.: 3:21-cv-421<br><br>Judge Campbell<br>Magistrate Judge Frensley<br><br>JURY DEMAND |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO SEPHORA USA, INC.'S MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Plaintiff, Amanda Ensing, respectfully requests that the Court extend her time to respond to Defendant Sephora USA, Inc.'s ("Sephora") motion to dismiss (Doc. 13) until **July 29, 2021**. Plaintiff's counsel has conferred with Sephora's counsel, and this motion is unopposed.

Good cause justifies the requested extension. Plaintiff's current deadline to respond to the motion to dismiss is July 13, 2021. Sephora filed and served the motion on June 29, 2021, just before Plaintiff's counsel went out of town to celebrate the Fourth of July. Further, Plaintiff's counsel have a trial scheduled in July that that requires a significant amount of their time.

For the foregoing reasons, Plaintiff respectfully requests that the Court extend her deadline to respond to Sephora's motion to dismiss to July 29, 2021.

Respectfully submitted,

s/ Timothy L. Warnock
Timothy L. Warnock (12844)
Katherine R. Klein (19336)
RILEY WARNOCK & JACOBSON, PLC
1906 West End Avenue
Nashville, TN 37203
(615) 320-3700
(615) 320-3737 (facsimile)
twarnock@rwjplc.com
kklien@rwjplc.com

John Pierce (admitted *pro hac vice*)
PIERCE BAINBRIDGE P.C.
355 S. Grand Avenue. 44th Floor
Los Angeles, California 90071
Telephone: (213) 262-9333
Facsimile: (213) 279-2008
jpierce@piercebainbridge.com

*Counsel for Plaintiff, Amanda Ensing*

## **CERTIFICATE OF SERVICE**

  I hereby certify that the foregoing document was served upon the following via the Court's ECF system:

| | |
|---|---|
| Charles K. Grant<br>1600 West End Avenue, Suite 2000<br>Nashville, TN 37203<br>(615) 726-5767<br>(615) 744-5767 (facsimile)<br>cgrant@bakerdonelson.com<br>*Counsel for Defendant, Sephora USA, Inc.* | Robert E. Shapiro<br>Joshua W. Mahoney<br>Connor T. Gants<br>Carmel I. Dooling<br>Barack Ferrazzano Kirschbaum & Nagelberg LLP<br>200 W. Madison Street, Suite 3900<br>Chicago, Illinois 60606<br>(312) 984-3100<br>rob.shapiro@bfkn.com<br>joshua.mahoney@bfkn.com<br>connor.gants@bfkn.com<br>carmel.dooling@bfkn.com<br>*Counsel for Defendant, Sephora USA, Inc.* |

and upon the following via U.S. mail, postage prepaid:

Deborah Yeh
525 Market Street, Floor 32
San Francisco, CA 94105
*Defendant*

on this the 6th day of July 2021.

                     s/ Timothy L. Warnock