IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| AMANDA ENSING,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>SEPHORA USA, INC., DEBORAH YEH, and DOES 1-1000, inclusive,<br><br>　　　Defendants. | Case No.: 3:21-cv-421<br><br>Judge Campbell<br>Magistrate Judge Frensley<br><br>JURY DEMAND |

**MOTION FOR LEAVE TO EXCUSE LEAD TRIAL COUNSEL FROM ATTENDING INITIAL CASE MANAGEMENT CONFERENCE**

Pursuant to the Notice of Setting Initial Case Management Conference (Doc. 4), Plaintiff, Amanda Ensing, respectfully moves for leave to excuse Plaintiff's lead trial counsel, John M. Pierce, from attending the telephonic initial case management conference in this matter scheduled for September 15, 2021, at 9:00am.

Mr. Pierce has been scheduled to appear for a hearing in a criminal matter at a time that conflicts with the initial case management conference. To avoid any unnecessary delay, Plaintiff moves for permission to have local counsel handle the initial case management conference on her behalf.

Tim Warnock, local counsel for Ms. Ensing, will attend, and he will have full authority to speak and act on behalf of Plaintiff at the initial case management conference. Further, Mr. Warnock will have access to Mr. Pierce's calendar for the purpose of scheduling future dates, including trial dates.

For the foregoing reasons, Plaintiff respectfully requests that the Court excuse Mr. Pierce from attending the initial case management conference.

Respectfully submitted,

s/ Timothy L. Warnock
Timothy L. Warnock (12844)
Katherine R. Klein (19336)
RILEY WARNOCK & JACOBSON, PLC
1906 West End Avenue
Nashville, TN 37203
(615) 320-3700
(615) 320-3737 (facsimile)
twarnock@rwjplc.com
kklien@rwjplc.com

John M. Pierce* (admitted *pro hac vice*)
PIERCE BAINBRIDGE P.C.
355 S. Grand Ave., 44th Floor
Los Angeles, CA 90071
(213) 400-0725
jpierce@piercebainbridge.com
* Lead Counsel

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served upon the following via the Court's ECF system:

| | |
|---|---|
| Charles K. Grant<br>BAKER, DONELSON, BEARMAN,<br>CALDWELL & BERKOWITZ, PC<br>1600 West End Avenue, Suite 2000<br>Nashville, TN 37203<br>(615) 726-5767<br>(615) 744-5767 (facsimile)<br>cgrant@bakerdonelson.com<br><br>*Counsel for Defendants* | Robert E. Shapiro<br>Joshua W. Mahoney<br>Connor T. Gants<br>Carmel I. Dooling<br>BARACK FERRAZZANO KIRSCHBAUM &<br>NAGELBERG LLP<br>200 W. Madison Street, Suite 3900<br>Chicago, Illinois 60606<br>(312) 984-3100<br>rob.shapiro@bfkn.com<br>joshua.mahoney@bfkn.com<br>connor.gants@bfkn.com<br>carmel.dooling@bfkn.com<br><br>*Counsel for Defendants* |

on this the 14th day of September 2021.

                                                s/ Timothy L. Warnock