# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| AMANDA ENSING, ) | |
| ) | |
| Plaintiff, ) | CASE NO. 3:21-CV-421 |
| ) | |
| VS. ) | JUDGE CAMPBELL |
| ) | MAGISTRATE JUDGE FRENSLEY |
| SEPHORA USA, INC., ) | |
| DEBORAH YEH, and ) | JURY DEMAND |
| DOES 1-1000, inclusive, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE OF G. KLINE PRESTON, IV

I hereby give notice that I will also be representing the Plaintiff in this matter.

Respectfully submitted,

**KLINE PRESTON LAW GROUP**

_____/s/ G. Kline Preston, IV, Esq._____
G. Kline Preston, IV, Esq (BPR 017141)
Belle Meade Office Park
4515 Harding Pike, Suite 107
Nashville, TN 37205
Tel: 615-649-8680
Fax: 866-610-9565
kpreston@klineprestonlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document has been sent via e-mail on this the 8th day of April, 2022 to the following:

Mr. Charles K. Grant, Esq.
BAKER, CONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
1600 West End Avenue, Suite 2000
Nashville, TN 37203
(615) 726-5767
cgrant@bakerdonelson.com

Mr. John Pierce, Esq.
PIERCE BAINBRIDGE PC
355 S. Grand Avenue, 44th Floor
Los Angeles, CA 90071
(213) 262-9333
jpierce@piercebainbridge.com

Mr. Robert E. Shapiro, Esq.
Mr. Joshua W. Mahoney, Esq.
Mr. Connor T. Gants, Esq.
Mr. Carmel I. Dooling, Esq.
BARACK FERRAZZANO
KIRSCHBAUM & NAGELBERG LLP
200 W. Madison Street, Suite 3900
Chicago, IL 60606
(312) 984-3100
Rob.shapiro@bfkn.com
Joshua.mahoney@bfkn.com
Connor.gants@bfkn.com
Carmel.dooling@bfkn.com

                                          /s/ G. Kline Preston, IV, Esq.
                                           G. Kline Preston, IV, Esq.