# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AMANDA ENSING,** ) | |
| ) | |
| Plaintiff, ) | CASE NO. 22-cv-05069-JSC |
| ) | |
| VS. ) | HONORABLE |
| ) | JACQUELINE S. CORLEY |
| **SEPHORA USA, INC.,** ) | |
| **DEBORAH YEH, and** ) | |
| **DOES 1-1000, inclusive,** ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF VOLUNTARY DISMISSAL

**COMES** the Plaintiff, Amanda Ensing, by and through counsel, and hereby gives notice that she is dismissing her action with prejudice against Defendants, Sephora USA, Inc., Deborah Yeh, and Does 1-1000.

Respectfully submitted,

**JOHN PIERCE LAW**

/s/ John M. Pierce, Esq.
Mr. John M. Pierce, Esq.
JOHN PIERCE LAW
355 S. Grand Avenue, 44th Floor
Los Angeles, CA 90071
(213) 262-9333
jpierce@johnpiercelaw.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document has been sent via mail and/or electronic mail on this the 30th day of September, 2022 to the following:

Mr. Charles K. Grant, Esq.
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
1600 West End Avenue, Suite 2000
Nashville, TN 37203
(615) 726-5767
cgrant@bakerdonelson.com

Mr. Andrew R. Livingston, Esq.
Ms. Rachel Capler
ORRICK, HERRINGTON &
SUTCLIFFE, LLP
405 Howard Street
San Francisco, CA 94105
(415) 773-5700
alivingston@orrick.com
rcapler@orrick.com

Mr. Robert E. Shapiro, Esq.
Mr. Joshua W. Mahoney, Esq.
Mr. Connor T. Gants, Esq.
Mr. Carmel I. Dooling, Esq.
BARACK FERRAZZANO
KIRSCHBAUM & NAGELBERG LLP
200 W. Madison Street, Suite 3900
Chicago, IL 60606
(312) 984-3100
Rob.shapiro@bfkn.com
Joshua.mahoney@bfkn.com
Connor.gants@bfkn.com
Carmel.dooling@bfkn.com

                                                        /s/ John M. Pierce. Esq.
                                                         John M. Pierce, Esq.